1

2

3

4

5

6

7

8

9

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

10  DOWNTOWN ACTION TO SAVE HOUSING,
a Washington non-profit corporation,

11

No. 2:19-cv-00721-RAJ

12                                          Plaintiff,

13  v.                                                  **NOTICE OF RELATED CASES**

14  BOSTON FINANCIAL INSTITUTIONAL TAX
CREDITS XXVII, L.P. and BFIM SPECIAL

15  LIMITED PARTNER, INC.,

16                                          Defendants.

17

18

19          Pursuant to LCR 3(G)(1), Downtown Action to Save Housing ("D.A.S.H.") hereby

20  submits this notice of a pending related case in the Western District of Washington.  The

21  related case is *Downtown Action to Save Housing v. Midland Corporate Tax Credit XIV, LP*, *et*

22  *al*., 2:18-cv-00138-JCC, which is assigned to Judge John C. Coughenour ("Related Case").

23  The Related case challenges the same partnership agreement terms that form the gravamen of

24  the above-captioned case, involves the same plaintiff—D.A.S.H., and involves one of the same

25  defendants (BFIM Special Limited Partner, Inc.).  And, upon information and belief, all

NOTICE OF RELATED CASES - 1
Case No. 19-cv-00721-RAJ

PETERSON RUSSELL KELLY PLLC
10900 NE Fourth Street, Suite 1850
Bellevue, Washington 98004-8341
Ph: (425) 462-4700 Fax: (425) 451-0714

150 je2055162e

defendants are controlled by the same entity, Boston Financial Investment Management.

While D.A.S.H.'s claims and remedies are not coextensive between the two cases, it is likely that there will be significant overlap in legal argument and potentially similar evidence across the two actions. It appears very likely that there would be an unduly burdensome duplication of labor and expense or the potential for conflicting results if the cases were conducted before different judges.

Respectfully submitted May 20, 2019.

**PETERSON RUSSELL KELLY PLLC**

/s/ Michael T. Callan
Michael T. Callan, WSBA #16237

Peterson Russell Kelly PLLC
10900 NE 4th Street
1850 Skyline Towner
Bellevue, WA 98004
T: (425) 462-4700 │ F: (425) 451-0714
Mcallan@prklaw.com

And

**WINTHROP & WEINSTINE, P.A.**

David A. Davenport, MN Bar No.: 285109
Quin C. Seiler, MN Bar. No: 396699
225 South Sixth Street, Suite 3500
Minneapolis, MN 55402
T: (612) 604-6716 │ F: (612) 604-6816
ddavenport@winthrop.com
qseiler@winthrop.com

**Attorneys for Plaintiff**
**Downtown Action to Save Housing**

*Pro Hac Vice Applications Forthcoming*

17347652v2

NOTICE OF RELATED CASES - 2
Case No. 19-cv-00721-RAJ

160 je2055162e